330

Paul A. PORTER, Administrator, Office of Price Administration, Suing on Behalf of the United States, v. W. T. GRANT COMPANY, a Delaware Corporation.

No. 3405.

Circuit Court of Appeals, Tenth Circuit.

Sept. 23, 1946.

David London, Director, Litigation Division, Albert M. Dreyer, Chief, Appellate Branch, Office of Price Administration, both of Washington, D. C., and Max D. Melville, Regional Litigation Atty., Office of Price Administration, of Denver, Colo., for appellant.

Richard M. Davis, of Denver, Colo., for appellee.

Before PHILLIPS and HUXMAN, Circuit Judges, and BROADDUS, District Judge.

PER CURIAM.

Appeal dismissed, on motion of appellant.

UNITED STATES of America, Appellant, v. CARLAY COMPANY and 14 Cartons, More or Less, Each Containing 24 Packages of an Article Labeled in part "Ayds Candy, etc."

No. 13427.

Circuit Court of Appeals, Eighth Circuit.

Aug. 31, 1946.

Harry C. Blanton, U. S. Atty., of Sikeston, Mo., and Rosemary M. Ramsey, Sp. Asst. U. S. Atty., of St. Louis, Mo., for appellant.

Donald Gunn, of St. Louis, Mo., for appellee.

PER CURIAM.

Appeal from District Court docketed and dismissed, on stipulation of parties.

John VILEY, Collector of Internal Revenue for the District of Idaho, Appellant, v. COEUR d'ALENE COUNTRY CLUB, a Nonprofit Corporation, Appellee.

No. 11392.

Circuit Court of Appeals, Ninth Circuit.

July 22, 1946.

John A. Carver, U. S. Atty., and E. H. Casterlin, Asst. U. S. Atty., both of Boise, Idaho, for appellant.

Robert H. Elder and W. F. McNaughton, both of Coeur d'Alene, Idaho, for appellee.

Before GARRECHT and ORR, Circuit Judges.

PER CURIAM.

Upon consideration of the motion of appellant, consented to by appellee, for dismissal of the appeal herein, and good cause therefor appearing, it is ordered that the appeal in this cause be dismissed, that a judgment be filed and entered accordingly, and that the mandate of this Court in this cause issue forthwith.

Joseph R. WHITE, Petitioner, v. Dr. M. J. PESCOR, Warden, Medical Center for Federal Prisoners, Springfield, Missouri.

No. 13431.

Circuit Court of Appeals, Eighth Circuit.

Aug. 31, 1946.

Joseph R. White, pro se.

PER CURIAM.

Petition for allowance of appeal from order of District Court of June 28, 1946, denied.

See also 155 F.2d 902.